FRANK N. DARRAS #128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   909-390-3770
Facsimile:    909-974-2121
Email: fdarras@sbd-law.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.: C 08 2285 JCS<br><br>PLAINTIFF'S NOTICE OF INTERESTED PARTIES |

TO THE COURT:

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. GLORIA J. SAUNDERS – Plaintiff; and

2. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA – Defendant.

Dated: May 13, 2008          SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


/s/ Frank N. Darras
FRANK N. DARRAS
Attorneys for Plaintiff