DIANE L. WEBB, SBN 197851
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
e-mail: dwebb@morganlewis.com

Attorneys for Defendant THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

FRANK N. DARRAS, SBN 128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA, 91761
Tel: 909-390-3770
Fax: 909-974-2121
e-mail: fdarras@sbd-law.com

Attorneys for Plaintiff GLORIA J. SAUNDERS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>                Plaintiff,<br><br>         v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. C 08-02285 JCS<br><br>**NOTICE OF AND JOINT STIPULATION EXTENDING TIME FOR DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), on May 7, 2008, plaintiff Gloria J. Saunders ("Plaintiff") and defendant The Prudential Insurance Company of America ("Defendant") agreed and stipulated that Defendant has an additional fourteen (14) days to answer or otherwise respond to the Plaintiff's complaint. Defendant's responsive pleading to Plaintiff's complaint is now due on May 23, 2008.

It is further agreed that this notice of and joint stipulation may be executed in counterparts

1  and that facsimile signatures shall have the same force and effect as originals.

2  **IT IS SO AGREED AND STIPULATED.**

3

4  Dated: May 12, 2008                                    SHERNOFF BIDART DARRAS
                                                           ECHEVERRIA, LLP
5

6

7                                                          By   /S/
                                                           Frank N. Darras
                                                           Attorneys for Plaintiff
8                                                          GLORIA SAUNDERS

9

10 Dated: May 12, 2008                                    MORGAN, LEWIS & BOCKIUS LLP

11

12                                                         By   /S/
                                                           Diane L. Webb
13                                                         Attorneys for Defendant
                                                           THE PRUDENTIAL INSURANCE
14                                                         COMPANY OF AMERICA

15

16                                    **ATTESTATION**

17     I hereby attest that I have on file PDF copies of all holograph signatures for any signatures

18 indicated by a "conformed" signature (/S/) within this e-filed document.

19

20 Dated: May 12, 2008                                    MORGAN, LEWIS & BOCKIUS LLP

21

22                                                         By   /S/
                                                           Diane L. Webb
23                                                         Attorneys for Defendant THE
                                                           PRUDENTIAL INSURANCE COMPANY
24                                                         OF AMERICA

25 Dated: May 13, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

26

27

28

- 2 -

NOTICE OF AND STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C 08-2285 JCS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO