1  DIANE L. WEBB, SBN 197851
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:  415.442.1000
   Fax:  415.442.1001
4  e-mail: dwebb@morganlewis.com

5  Attorneys for Defendant THE PRUDENTIAL
   INSURANCE COMPANY OF AMERICA

6

7

8                    UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GLORIA J. SAUNDERS,                    Case No. CV 08 2285 (JCS)

12              Plaintiff,                 **CERTIFICATE OF SERVICE OF NOTICE
                                           OF FILING OF NOTICE OF REMOVAL
13          v.                             OF ACTION TO THE UNITED STATES ·
                                           DISTRICT COURT FOR THE
14  THE PRUDENTIAL INSURANCE               NORTHERN DISTRICT OF CALIFORNIA**
    COMPANY OF AMERICA, a New Jersey
15  Corporation, and, DOES 1 through 10,
    inclusive,
16
                Defendants.
17

18

19          I am a resident of the State of California and over the age of eighteen years and not
    a party to the within-entitled action; my business address is One Market, Spear Street Tower, San
20  Francisco, California  94105-1126.

21          On May 2, 2008, I served the following document(s):

22
    **NOTICE OF REMOVAL OF ACTION TO THE U.S. DISTRICT COURT
23  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA (28 U.S.C.
    §§ 1332, 1441(b) and 1446) (DIVERSITY) AND CERTIFICATION OF
24  INTERESTED ENTITIES OR PERSONS AND DISCLOSURE
    STATEMENT BY DEFENDANT THE PRUDENTIAL INSURANCE
25  COMPANY OF AMERICA (L.R. 3-16; F.R.C.P. 7.1)**

26  **NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE
    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
27  OF CALIFORNIA** (a copy of which is attached to this Certificate)

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7699615.1                            1
CERTIFICATE OF SERVICE OF NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED
STATES DISTRICT COURT
Case No. CV 08 2285 (JCS)

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**ECF REGISTRATION INFORMATION HANDOUT**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐    by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

☒    by causing the envelope(s) with the document(s) listed above to be delivered by hand, by **Specialized Legal Services**, to the addressee(s) noted below

Frank N. Darras, Esq.
Shernoff Bidart Darras Echeverria, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
P:  909.390.3770
F:  909.974.2121

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 5, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Constance J. Ericson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7699615.1                                    2

CERTIFICATE OF SERVICE OF NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT
Case No. CV 08 2285 (JCS)

DIANE L. WEBB (SBN 197851)
MORGAN, LEWIS & BOCKIUS LLP
1 Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105
Telephone: (415) 442-1000
Attorney for: Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: GLORIA J. SAUNDERS

Defendant: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA etc., et al.

Ref#: 235457    *  **PROOF OF SERVICE**  *  Case No.: CV 08 2285 JCS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF REMOVAL OF ACTION TO THE U.S. DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA (28 U.S.C. §§ 1332, 1441 (B) AND 1446) (DIVERSITY) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (L.R. 3-16); F.R.C.P. 7.1); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served   : FRANK N. DARRAS, ESQ.

    By serving    : Joanne Shimizu, Person Apparently in Charge of Business at Time of Service

    Address     : Shernoff Bidart Darras Echeverria
               3257 East Guasti Road #300
               Ontario, CA 91761

    Date of Service: May 2, 2008

    Time of Service: 4:50 PM

Person who served papers:
FRANCISCO MASCORRO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $345.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 5, 2008                       Signature _____