1  Robert J. McKennon (123176), rmckennon@bargerwolen.com
   Jenny H. Wang (191643), jwang@bargerwolen.com
2  BARGER & WOLEN LLP
   19800 MacArthur Boulevard, 8th Floor
3  Irvine, California 92612
   Telephone: (949) 757-2800
4  Facsimile: (949) 752-6313

5  Attorneys for Defendant
   The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS, | CASE NO.: C-08-02285 SI |
| Plaintiff, | **DEFENDANT'S SUBSTITUTION OF ATTORNEY** |
| vs. | [Filed concurrently with:<br>- (Proposed) Order.] |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: March 17, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

DEFENDANT'S SUBSTITUTION OF ATTORNEY

1  Defendant The Prudential Insurance Company of America hereby substitutes
2  Robert J. McKennon and Jenny H. Wang of Barger & Wolen LLP located at 19800
3  MacArthur Boulevard, Suite 800, Irvine, California 92612, both of whom are duly
4  admitted to practice law in all courts within the State (including this Court), as its
5  counsel of record in place and instead of Diane Leslie Webb of Morgan, Lewis &
6  Bockius LLP.

8  DATED: June 24, 2008         BARGER & WOLEN LLP

10                               By: /s/ Jenny H. Wang
11                                   ROBERT J. MCKENNON
                                     JENNY H. WANG
12                                   Attorneys for Defendant
                                     The Prudential Insurance Company
                                     of America

14  DATED: June 24, 2008         MORGAN, LEWIS & BOCKIUS LLP

16                               By: /s/ Diane Leslie Webb
17                                   DIANE LESLIE WEBB
                                     Former Attorneys for Defendant
18                                   The Prudential Insurance Company
                                     of America

20
21  DATED: June 17, 2008         THE PRUDENTIAL INSURANCE
                                 COMPANY OF AMERICA

23                               By: [signature]
24                                   WENDY S. WEINGART
                                     Vice President, Corporate Counsel

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                                           C-08-02285 SI
DEFENDANT'S SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **June 24, 2008**, I served the foregoing documents described as: **DEFENDANT'S SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Frank N. Darras, Esq.<br>Shernoff Bidart & Darras, LLP<br>Lakeview Center<br>3257 East Guasti Road, Suite 300<br>Ontario, California 91761<br>Telephone: (909) 390-3770<br>Facsimile: (909) 974-2121<br>Email: fdarras@sbd-law.com | Attorneys for Plaintiff<br>Gloria J. Saunders |

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE**    ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **June 24, 2008.**

NAME: Gabriela Rubio              */s/ Gabriela Rubio*
                                              (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                           C-08-02285 SI
DEFENDANT'S SUBSTITUTION OF ATTORNEY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS, | CASE NO.: C-08-02285 SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive, | [Lodged concurrently with:<br>- Defendant's Substitution of Attorneys.] |
| Defendants. | Complaint Filed: March 17, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY

Having reviewed the substitution of attorneys submitted by Defendant The Prudential Insurance Company of America ("Prudential") and executed by all counsel, it is hereby ordered that Robert J. McKennon and Jenny H. Wang of Barger & Wolen LLP are substituted as counsel of record for Prudential in place and instead of Diane Leslie Webb of Morgan, Lewis & Bockius LLP.

**IT IS SO ORDERED.**

DATED: _____  

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1   C-08-02285 SI
[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **June 24, 2008**, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Frank N. Darras, Esq.<br>Shernoff Bidart & Darras, LLP<br>Lakeview Center<br>3257 East Guasti Road, Suite 300<br>Ontario, California 91761<br>Telephone: (909) 390-3770<br>Facsimile: (909) 974-2121<br>Email: fdarras@sbd-law.com | Attorneys for Plaintiff<br>Gloria J. Saunders |

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **June 24, 2008.**

NAME: Gabriela Rubio      */s/ Gabriela Rubio*
                          (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2    C-08-02285 SI
[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY