1

2

3

4

5

6

7

8

9       **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA**

11

12  GLORIA J. SAUNDERS,                    )   CASE NO.:  C-08-02285 SI
                                           )
13          Plaintiff,                     )   **[PROPOSED] ORDER GRANTING**
                                           )   **DEFENDANT'S SUBSTITUTION**
14      vs.                                )   **OF ATTORNEY**
                                           )
15  PRUDENTIAL INSURANCE                   )   [Lodged concurrently with:
    COMPANY OF AMERICA, a New              )   -   Defendant's Substitution of
16  Jersey Corporation, and, DOES 1        )       Attorneys.]
    through 10, inclusive,                 )
17                                         )
            Defendants.                    )
18  _____       )   Complaint Filed:  March 17, 2007

19

20

21

22

23

24

25

26

27

28

**BARGER & WOLEN** LLP
**19800 MACARTHUR BLVD.**
**EIGHTH FLOOR**
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

1       Having reviewed the substitution of attorneys submitted by Defendant The

2   Prudential Insurance Company of America ("Prudential") and executed by all

3   counsel, it is hereby ordered that Robert J. McKennon and Jenny H. Wang of Barger

4   & Wolen LLP are substituted as counsel of record for Prudential in place and instead

5   of Diane Leslie Webb of Morgan, Lewis & Bockius LLP.

6

7       **IT IS SO ORDERED.**

8

9   DATED: _____   _____

10      THE HONORABLE SUSAN ILLSTON

    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BARGER & WOLEN** LLP
19800 MACARTHUR BLVD.
**EIGHTH FLOOR**
IRVINE, CA 92612
(949) 757-2800

1       C-08-02285 SI

[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA  92612.  Email address: grubio@bargerwolen.com.

I hereby certify that on **June 24, 2008**, I served the foregoing documents described as:  **[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.  I served those parties who are not registered participants of the ECF System as indicated below.

Frank N. Darras, Esq.                               Attorneys for Plaintiff
Shernoff Bidart & Darras, LLP                 Gloria J. Saunders
Lakeview Center
3257 East Guasti Road, Suite 300
Ontario, California 91761
Telephone:  (909) 390-3770
Facsimile: (909) 974-2121
Email:  fdarras@sbd-law.com

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed at Irvine, California on **June 24, 2008.**

NAME:  Gabriela Rubio                         */s/ Gabriela Rubio*
                                                              (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                C-08-02285 SI
[PROPOSED] ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY