Robert J. McKennon (123176), rmckennon@bargerwolen.com
Jenny H. Wang (191643), jwang@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

Frank N. Darras (128904), fdarras@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, California 91761
Telephone: (909) 390-3770 / Fax: (909) 974-2121

Attorneys for Plaintiff
Gloria J. Saunders

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: C-08-02285 SI<br><br>**STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>[Filed concurrently with:<br>- (Proposed) Order.]<br><br>DATE: August 22, 2008<br>TIME: 2:00 p.m.<br>CTRM.: 10<br><br>Complaint Filed: March 17, 2008 |

WHEREAS, the Court scheduled the initial Case Management Conference ("CMC") for August 22, 2008 at 2:00 p.m.;

WHEREAS, lead trial counsel for Plaintiff Gloria J. Saunders ("Saunders"), Frank N. Darras , Esq., practices in San Bernardino County, California;

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

WHEREAS, lead trial counsel for Defendant Prudential Insurance Company of America ("Prudential"), Robert J. McKennon, Esq., practices in Orange County, California;

WHEREAS, it would be more efficient if both counsel could appear telephonically at the CMC rather that travel from Southern to Northern California for the appearance;

The parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to permit Mr. Darras and Mr. McKennon to appear telephonically at the August 22, 2008 CMC.

IT IS SO STIPULATED.

DATED: August 13, 2008        BARGER & WOLEN LLP

                              By: */s/ Jenny H. Wang*
                                  ROBERT J. MCKENNON
                                  JENNY H. WANG
                                  Attorneys for Defendant
                                  The Prudential Insurance Company of America

DATED: August 13, 2008        SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

                              By: */s/ Frank N. Darras*
                                  FRANK N. DARRAS
                                  Attorneys for Plaintiff
                                  Gloria J. Saunders

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                                    C-08-02285 SI
STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **August 13, 2008**, I served the foregoing documents described as: **STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Frank N. Darras, Esq.<br>Shernoff Bidart Darras & Echeverria, LLP<br>3257 East Guasti Road, Suite 300<br>Ontario, California 91761<br>Telephone: (909) 390-3770<br>Facsimile: (909) 974-2121<br>Email: fdarras@sbdelaw.com | Counsel for Plaintiff<br>Gloria J. Saunders |

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **August 13, 2008.**

NAME: Gabriela Rubio          */s/ Gabriela Rubio*
                                              (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

3                                            C-08-02285 SI
STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: C-08-02285 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>[Lodged concurrently with:<br>- Stipulation to Appear Telephonically.]<br><br>DATE:　August 22, 2008<br>TIME:　2:00 p.m.<br>CTRM.:　10<br><br>Complaint Filed: March 17, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

Having reviewed the stipulation submitted by Defendant The Prudential Insurance Company of America ("Prudential") and for good cause shown, it is hereby ordered that counsel for Plaintiff Gloria J. Saunders, Frank N. Darras, Esq. and counsel for Defendant Prudential Insurance Company of America, Robert J. McKennon, Esq. are permitted to appear telephonically at the August 22, 2008 Case Management Conference.

**IT IS SO ORDERED.**

DATED: _____                   _____
                                   THE HONORABLE SUSAN ILLSTON
                                   UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                           C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **August 13, 2008**, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Frank N. Darras, Esq.<br>Shernoff Bidart Darras & Echeverria, LLP<br>3257 East Guasti Road, Suite 300<br>Ontario, California 91761<br>Telephone: (909) 390-3770<br>Facsimile: (909) 974-2121<br>Email: fdarras@sbd-law.com | Counsel for Plaintiff<br>Gloria J. Saunders |

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **August 13, 2008.**

NAME: Gabriela Rubio     */s/ Gabriela Rubio*
                             (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                             C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE