1<br>2<br>3<br>4<br>5<br>6<br>7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.:  C-08-02285 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>[Lodged concurrently with:<br>-   Stipulation to Appear Telephonically.]<br><br>DATE:    August 22, 2008<br>TIME:    2:00 p.m.<br>CTRM.:   10<br><br>Complaint Filed: March 17, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

1  Having reviewed the stipulation submitted by Defendant The Prudential
2  Insurance Company of America ("Prudential") and for good cause shown, it is hereby
3  ordered that counsel for Plaintiff Gloria J. Saunders, Frank N. Darras, Esq. and
4  counsel for Defendant Prudential Insurance Company of America, Robert J.
5  McKennon, Esq. are permitted to appear telephonically at the August 22, 2008 Case
6  Management Conference.

**IT IS SO ORDERED.**

DATED: _____                         _____
                                         THE HONORABLE SUSAN ILLSTON
                                         UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                                                C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **August 13, 2008**, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Frank N. Darras, Esq.<br>Shernoff Bidart Darras & Echeverria, LLP<br>3257 East Guasti Road, Suite 300<br>Ontario, California 91761<br>Telephone: (909) 390-3770<br>Facsimile: (909) 974-2121<br>Email: fdarras@sbd-law.com | Counsel for Plaintiff<br>Gloria J. Saunders |

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **August 13, 2008.**

NAME: Gabriela Rubio     */s/ Gabriela Rubio*
                          (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                                                    C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE