**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-2285 SI          Judge:   SUSAN ILLSTON

Title: GLORIA SANDERS  -v- PRUDENTIAL INS.

Attorneys: F. Darras (phone)         R. McKennon

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **11/21/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/29/09   @ 9:00 a.m.**    for Motions
(Motion due **4/24/09**, Opposition **5/9/09** Reply **5/15/09**)

Case continued to **6/30/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **7/13/09    @ 8:30 a.m.**  for Trial (JURY: 5   Days)
Discovery Cutoff: 3/31/09  Designate Experts by: 4/1/09, Rebuttal Experts:4/10/09, Expert Discovery Cutoff: 4/23/09

ORDERED AFTER HEARING:
Counsel have agreed to participate in private mediation before January 15, 2009.  Counsel shall notify the Court by September 26, 2008 of the mediator selected.