# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. SAUNDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: C-08-02285 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Lodged concurrently with:<br>- Stipulation to Appear Telephonically.]<br><br>DATE: November 21, 2008<br>TIME: 2:30 p.m.<br>CTRM.: 10<br><br>Complaint Filed: March 17, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

C-08-02285 SI

[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

Having reviewed the stipulation submitted by Defendant The Prudential Insurance Company of America ("Prudential") and for good cause shown, it is hereby ordered that counsel for Plaintiff Gloria J. Saunders, Frank N. Darras, Esq. and counsel for Defendant Prudential Insurance Company of America, Robert J. McKennon, Esq. are permitted to appear telephonically at the November 21, 2008 Case Management Conference.

**IT IS SO ORDERED.**

DATED: _____  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Counsel shall contact the Clerk and inform her of the phone numbers to be used for the conference call.  The Court initiates all conference calls.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1                                                                 C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: lacoba@bargerwolen.com.

I hereby certify that on **October 29, 2008**, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

Frank N. Darras, Esq.                      Counsel for Plaintiff
Shernoff Bidart Darras & Echeverria, LLP   Gloria J. Saunders
3257 East Guasti Road, Suite 300
Ontario, California 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **October 29, 2008.**

NAME: Lizette C Acoba                      */s/ Lizette C. Acoba*
                                           (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                                C-08-02285 SI
[PROPOSED] ORDER GRANTING STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE