Case 3:08-cv-02285-SI Document 31 Filed 03/09/2009 Page 1 of 3

1  FRANK N. DARRAS #128904
2  SHERNOFF BIDART DARRAS & ECHEVERRIA, LLP
   3257 East Guasti Road, Suite 300
3  Ontario, CA 91761
   Telephone: 909.390.3770
4  Facsimile: 909.974.2121

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLORIA J. SAUNDERS, | Case No: C 08 2285 SI |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant | |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff GLORIA J. SAUNDERS, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

///

///

1   IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

5   Dated: February 23, 2009        SHERNOFF BIDART DARRAS & ECHEVERRIA, LLP

              _____
              FRANK N. DARRAS
              Attorneys for Plaintiff
              GLORIA J. SAUNDERS,

11  Dated: February    , 2009       BARGER & WOLEN, LLP

              _____
              ROBERT J. McKENNON
              JENNY H. WANG
              Attorneys for Defendant
              THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

I hereby certify that on **March 5, 2009**, I served the foregoing documents described as: **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

Frank N. Darras, Esq.  
Shernoff Bidart Darras & Echeverria, LLP  
3257 East Guasti Road, Suite 300  
Ontario, California 91761  
Telephone: (909) 390-3770  
Facsimile: (909) 974-2121  
Email: fdarras@sbdelaw.com

Counsel for Plaintiff  
Gloria J. Saunders

☒ Registered participant of ECF.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **March 5, 2009.**

NAME: Gabriela Rubio  /s/ Gabriela Rubio
                       (Signature)

C-08-02285 SI

STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE